John V. McVea
email: john@gibbsmcvea.com
2121 SW Broadway, Suite 130
Portland, OR 97201
*: 503.790.2772
f: 503.227.4702
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALDO PARRA-ESPIRITU, ) | |
| ) | Case No. 10-0470-HU |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ) | UNOPPOSED MOTION TO |
| MULTNOMAH COUNTY, by and through ) | WITHDRAW AS ATTORNEY OF |
| the Multnomah County Sheriff's Office and ) | RECORD |
| Multnomah County Health Department, a ) | |
| municipal corporation of the State of ) | |
| Oregon, ROBERT SKIPPER, LILLIAN ) | |
| SHIRLEY, in the individual and official ) | |
| capacities; and, ) | |
| COLUMBIA COUNTY, by and through the ) | |
| Columbia County Sheriff's Office and ) | |
| Columbia Health District, a ) | |
| municipal corporation of the State of Oregon, ) | |
| JEFF DICKERSON, KAREN FOX LADD, ) | |
| in the individual and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 7.1, defendants do not oppose this motion.

Pursuant to Local Rule 83.11, plaintiff's attorney, John V. McVea, moves the court for an order allowing him to withdraw as attorney of record for the reason that he is unable to locate plaintiff.

Plaintiff's last known contact information is as follows:

Aldo Parra-Espiritu
8013 NE 8th Ave., Apt. 133
Gresham, OR 97030
t: 011-521-3314525207

This motion is supported by the Declaration of John V. McVea, attached hereto.

DATED: August 31, 2010

/s/ John V. McVea
John V. McVea, OSB #050775

John V. McVea
email: john@gibbsmcvea.com
2121 SW Broadway, Suite 130
Portland, OR 97201
t: 503.790.2772
f: 503.227.4702
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DO PARRA-ESPIRITU, <br><br> Plaintiff, <br><br> vs. <br><br> MULTNOMAH COUNTY, by and through the Multnomah County Sheriff's Office and Multnomah County Health Department, a municipal corporation of the State of Oregon, ROBERT SKIPPER, LILLIAN SHIRLEY, in the individual and official capacities; and, <br> COLUMBIA COUNTY, by and through the Columbia County Sheriff's Office and Columbia Health District, a municipal corporation of the State of Oregon, JEFF DICKERSON, KAREN FOX LADD, in the individual and official capacities, <br><br> Defendants. | Case No. 10-0470-HU <br><br> DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD |

I, John V. McVea, declare as follows pursuant to 28 USC § 1746:

1. I am the lawyer for plaintiff in the above-captioned matter. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. Plaintiff has failed to provide me with a current address, telephone number and email address.

I am unable to contact plaintiff. I have been unable to initiated contact with plaintiff for greater than eight (8) weeks. Plaintiff has failed to contact me.

3. Plaintiff is being served copies of this motion to withdraw and this declaration via 1st Class mail to addresses he previously provided to me.

4. I declare under penalty of perjury unter the laws of the United States of America that the foregoing is true and correct.

Executed on August 31, 2010 at Portland, Oregon

/s/ John V. McVea
John V. McVea, OSB #050775
503.223.1708
john@gibbsmcvea.com

## CERTIFICATE OF SERVICE

I hereby certify than on the 31st day of August, 2010, I served true copies of the foregoing UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD and DECLARATION OF JOHN V. MCVEA IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

Carlo Calandriello
Assistant County Attorney
501 SE Hawthorne Ave, Ste. 500
Portland, OR 97214

Steven A. Kraemer
Leslie A. Edenhofer
Hoffman Hart Wagner LLP
1000 SW Broadway, Ste. 2000
Portland, OR 97205

Peter Mersereau
Mersereau Shannon, LLP
One Columbia Street, Ste. 1600
Portland, OR 97258

Dated: August 31, 2010.

/s/ John V. McVea
John V. McVea
Attorney for Plaintiff
2121 SW Broadway, Suite 130
Portland, OR 97201
503.223.1708
john@gibbsmcvea.com